# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2602

_____

Cord Bowers; Natashia Bowers

*Plaintiffs - Appellants*

v.

Stephanie Yeoman; C Mark Chappelle; Iowa Department of Human Services,
Employees John and Jane Doe 1-10; Iowa Department of Human Services; State
of Iowa

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: December 18, 2013
Filed: December 31, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Cord and Natashia Bowers brought a 42 U.S.C. § 1983 action arising out of
allegations that their infant daughter was unconstitutionally removed from Natashia
Bowers without objective reason to believe that abuse or neglect had occurred. The

district court[1] dismissed the complaint under Federal Rule of Civil Procedure 12(b)(6), and the Bowers appeal. Upon careful de novo review of the record below, and the submissions before us on appeal, we conclude that the district court did not err in dismissing the complaint as failing to state a claim and as raising claims that were barred by qualified immunity. We also conclude that the district court did not abuse its discretion in denying leave to amend the complaint.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.